ROBERT B. ANDERSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Anderson v. Comm'r
Docket No: 17408-10S
United States Tax Court
2011 U.S. Tax Ct. LEXIS 70; May 17, 2011, Entered
*70 ROBERT B. ANDERSON, Petitioner, Pro se.
For Respondent: Nathan C. Johnston, Thousand Oaks, CA.
Lewis R. Carluzzo, Special Trial Judge.
Lewis R. Carluzzo
DECISION
Pursuant to the agreement of the parties in this case, it is
ORDERED and DECIDED: That there is a deficiency in income tax due from the petitioner for the taxable year 2006 in the amount of $13,771.00;
That there is an addition to tax due from the petitioner for the taxable year 2006 under the provisions of I.R.C. §6651(a)(1) in the amount of $1,877.85;
That there is an addition to tax due from the petitioner for the taxable year 2006 under the provisions of I.R.C. § 6651(a)(2) of 0.5% of the amount of the income tax required to be shown on the return, $13,771.00, commencing on the due date of petitioner's return and accruing for each month or fraction thereof during which the petitioner fails to pay, not exceeding 25% in the aggregate; and
That there is an addition to tax due from the petitioner for the taxable year 2006 under the provisions of I.R.C. §6654(a) in the amount of $366.45.
(Signed) Lewis R. Carluzzo
Special Trial Judge
Entered: MAY 17 2011
It is hereby stipulated that the Court may enter the foregoing decision in this case.
It is further stipulated that interest will be assessed *71 as provided by law on the deficiency and additions to tax due from petitioner.
It is further stipulated that, effective upon the entry of this decision by the Court, petitioner waives the restrictions contained in I.R.C. §6213(a) prohibiting assessment and collection of the deficiency and additions to tax (plus statutory interest) until the decision of the Tax Court becomes final.
It is further stipulated that there is a prepayment credit for the taxable year 2006 in the amount of $5,425.00. The deficiency is computed without considering this credit.
WILLIAM J. WILKINS
Chief Counsel
Internal Revenue Service
/s/ Robert B. Anderson
ROBERT B. ANDERSON
Petitioner
1148 Sunnycrest Ave.
Ventura, CA 93003
Telephone: (805) 320-3559 Date: 04-28-2011
By: R. Malone Camp, Jr.
R. MALONE CAMP, JR.
Attorney
(Small Business/Self-Employed)
Tax Court Bar No. CR1027
950 Hampshire Road
East Pavilion
Thousand Oaks, California
Telephone: (805) 371-6702 x743
Date: May 4, 2011